1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12  Zahk Diamond, the natural man,              Case No.  5:14-cv-03192 HRL

                   Plaintiff,
13                                              **ORDER GRANTING APPLICATION**
                                                **TO PROCEED IN FORMA PAUPERIS**
14        v.

                                                **ORDER THAT CASE BE REASSIGNED**
15  Kimberley Schaefer, (private capacity),     **TO A DISTRICT JUDGE**
    Bonnie Prevette, (private capacity), Tonya
16  Todd, (private capacity), Valerie Carrasco, **REPORT AND RECOMMENDATION**
    (private capacity), Kenneth Aalsburg,       **RE DISMISSAL**
17  (private capacity), Todd Wuis, (private
    capacity),                                  [Re:  Dkt. Nos. 2, 5]
18
                   Defendants.
19
    PEOPLE OF THE STATE OF MICHIGAN,
20
                   Cross Complainant,
21
          v.
22
    ZACHARY SPRINGFIELD,
23
                   Cross Defendant.
24
         Zahk Diamond attempts to remove this criminal matter here from a state court in
25
    Michigan.  He also seeks leave to proceed in forma pauperis (IFP).  For the reasons discussed
26
    below, this court grants the IFP application, but recommends that this case be dismissed.
27
         A court may authorize the commencement of a civil action in forma pauperis ("IFP") if the
28
    court is satisfied that the applicant cannot pay the requisite filing fees. 28 U.S.C § 1915(a)(1).  In

*United States District Court*
*Northern District of California*

1   evaluating such an application, the court should "gran[t] or den[y] IFP status based on the

2   applicant's financial resources alone and then independently determin[e] whether to dismiss the

3   complaint on the grounds that it is frivolous." <u>Franklin v. Murphy</u>, 745 F.2d 1221, 1226-27 n.5

4   (9th Cir. 1984).  A court may dismiss a case filed without the payment of the filing fee whenever it

5   determines that the action "(i) is frivolous or malicious; (ii) fails to state a claim on which relief

6   may be granted; or (iii) seeks monetary relief against a defendant who is immune from such

7   relief." 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).  Diamond's IFP application indicates that he lacks

8   sufficient resources to pay the filing fee.  Accordingly, the application is granted.  However, that

9   does not mean that this matter may proceed here; and, for the reasons discussed below, the

10  undersigned recommends that this action be dismissed.

11      This case cannot be removed here.  Actions may only be removed "to the district court of

12  the United States for the district and division embracing the place where such action is pending."

13  28 U.S.C. § 1441(a).  All indications are that this matter is pending in Michigan.  Additionally, to

14  the extent Diamond intended to assert affirmative claims for relief here, his claims do not belong

15  in the Northern District of California.  The record presented shows that the parties are located in

16  Michigan and that the underlying events occurred there.  There is no apparent California

17  connection to this case.  Nor does it appear that these issues can be cured by amendment.  This

18  case is not properly before this court and should be dismissed.

19      Because the parties have yet to consent to the undersigned's jurisdiction, this court

20  ORDERS the Clerk of the Court to reassign this case to a District Judge.  The undersigned

21  RECOMMENDS that the newly assigned judge dismiss this action.  Any party may serve and file

22  objections to this Report and Recommendation within fourteen days after being served.  Fed. R.

23  Civ. P. 72.

24  Dated:  July 22, 2014

25  _____

26  HOWARD R. LLOYD
    UNITED STATES MAGISTRATE JUDGE

27

28                                  2

1

5:14-cv-03192-HRL Notice sent by U.S. Mail to:

2

3
Zahk Diamond
c/o K. Romano RA P. Beaujayam

4
88 South 3rd Street #189
San Jose, CA 95113-2503

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California