UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZAHK DIAMOND, the natural man, <br><br> Plaintiff, <br> v. <br><br> KIMBERLEY SCHAEFER (private capacity), BONNIE PREVETTE (private capacity), TONYA TODD (private capacity), VALERIE CARRASCO (private capacity), KENNETH AALSBURG (private capacity), TODD WUIS (private capacity), <br><br> Defendants. <br> PEOPLE OF THE STATE OF MICHIGAN, <br><br> Cross Complainant, <br><br> v. <br><br> ZACHARY SPRINGFIELD, <br><br> Cross Defendant. | Case No.: 14-CV-03192-LHK <br><br> ORDER DENYING PLAINTIFF'S PETITION FOR REMOVAL |

Zahk Diamond attempted to remove a criminal matter from a state court in Michigan to this Court on July 15, 2014. ("Pet.") ECF. No. 1. Also on July 15, 2914, Diamond filed an application to proceed *in forma pauperis* ("IFP"). ECF No. 2. The case was referred to Magistrate Judge Howard Lloyd. Judge Lloyd has made a Report and Recommendation that this Court grant

1

Diamond's IFP application. ECF No. 6 at 2. Judge Lloyd's Report and Recommendation further recommends that this Court deny Diamond's petition for removal because 28 U.S.C. 1441(a) permits removal of a state court action only "to the district court of the United States for the district and division embracing the place where such action is pending," and the state court action in this case is pending in Michigan. *Id.* Judge Lloyd's Report and Recommendation was filed and served on July 22, 2014. No objections have been filed, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b)(2).

Having reviewed the Report and Recommendation, as well as the record in this case, the Court finds that the Report and Recommendation is well-founded in fact and in law and therefore adopts the Report and Recommendation. Diamond's IFP application is GRANTED, and Diamond's Petition for Removal is DENIED.

**IT IS SO ORDERED.**

Dated: September 11, 2014

_____
LUCY H. KOH
United States District Judge

2

Case No.: 14-CV-03192-LHK
ORDER DENYING PLAINTIFF'S PETITION FOR REMOVAL